(45 Misc. Rep. 455.)

### VOSE v. KUHN et al.

(Supreme Court, Trial Term, Kings County. December, 1904.)

1. LIMITATIONS—TIME—RECKONING.

When years are reckoned for limitation purposes, the first day is included.

[Ed. Note.—For cases in point, see vol. 45, Cent. Dig. Time, § 17.]

2. SAME—SUNDAY AS LAST DAY.

The fact that, owing to limitations, the last day on which an action could be brought was a Sunday, did not warrant its commencement on the next day.

[Ed. Note.—For cases in point, see vol. 45, Cent. Dig. Time, §§ 35, 41, 49.]

Action by Samuel J. S. Vose against George Kuhn and others. Judgment for defendant.

Joseph J. Williams, for plaintiff.

Winter & Winter, for defendants.

GAYNOR, J. The judgment sued upon was entered June 27, 1884. The summons in the present action was delivered to the sheriff for service on June 27, 1904. That the day before was Sunday makes no difference. The action was not begun "within" 20 years. When years are reckoned the first day is included. The Aultman Co. v. Syme, 163 N. Y. 54, 57 N. E. 168, 79 Am. St. Rep. 565; People v. Luther, 1 Wend. 42; Porter v. Pierce, 120 N. Y. 221, 24 N. E. 281, 7 L. R. A. 847.

Judgment for the defendant.